941 A.2d 597

IN THE MATTER OF JEFFREY D. SERVIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 029261976).

February 27, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–168, concluding that **JEFFREY D. SERVIN,** formerly of **CAMDEN,** who was admitted to the bar of this State in 1977, and who has been suspended from the practice of law since July 21, 2003, by Order of the Court filed June 24, 2003, should be reprimanded for violating *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **JEFFREY D. SERVIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.